```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 13533
    JERRY L. MCCULLUM
    TAWANA R MCCULLUM                        CHAPTER 13

                                             JUDGE: BRUCE W BLACK

              Debtor
    SSN XXX-XX-4463      SSN XXX-XX-1942

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/27/07 and confirmed on 11/28/07.

    2.  The case was dismissed after confirmation, 01/16/2009.

    3.  The Debtor paid a total of $   5840.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 841.75 | .00 | 841.75 |
| HSBC AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| PERSONAL FINANCE | SECURED VEHIC | 1100.00 | .00 | 1100.00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ACADEMY COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE CHRIST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| BLATT HASENMILLER LEIBSK | UNSECURED | NOT FILED | .00 | .00 |
| BUREAU OF ACCOUNT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAREMARK INC | UNSECURED | NOT FILED | .00 | .00 |
| CASH N GO | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL MONTGOMERY MED C | UNSECURED | NOT FILED | .00 | .00 |
| CHILDRENS MEMORIAL MEDIC | UNSECURED | NOT FILED | .00 | .00 |
| CHILDRENS PEDIATRIC FACU | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION CO OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE EMERGENCY PHYSICI | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE PATHOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |

```
DUPAGE RADIOLOGISTS        UNSECURED        NOT FILED              .00          .00
PREMIER BANKCARD/CHARTER   UNSECURED           548.45               .00       159.44
FISCHER MANGOLD JOLIET     UNSECURED        NOT FILED              .00          .00
HINSDALE ORTHOPAEDIC ASS   UNSECURED        NOT FILED              .00          .00
HSBC                       UNSECURED        NOT FILED              .00          .00
HSBC                       UNSECURED        NOT FILED              .00          .00
HSBC                       UNSECURED        NOT FILED              .00          .00
ILLINOIS COLLECTION SERV   UNSECURED        NOT FILED              .00          .00
IMTIAZ ARAIN MD            UNSECURED        NOT FILED              .00          .00
INTERNATIONAL MAGAZINE S   UNSECURED        NOT FILED              .00          .00
JOLIET RADIOLOGICAL        UNSECURED        NOT FILED              .00          .00
JOLIET SMILE WORLD         UNSECURED        NOT FILED              .00          .00
KCA FINANCIAL SERVICES     UNSECURED        NOT FILED              .00          .00
MCI TELECOMMUNICATIONS     UNSECURED        NOT FILED              .00          .00
MERCHANTS CREDIT GUIDE     UNSECURED        NOT FILED              .00          .00
MIDLAND CREDIT MGMT        UNSECURED        NOT FILED              .00          .00
MIDWEST DIAG PATHOLOGIST   UNSECURED        NOT FILED              .00          .00
MIDWEST PEDIATRIC CARDIO   UNSECURED        NOT FILED              .00          .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED              .00          .00
SPRINT NEXTEL              UNSECURED          1869.08               .00       543.36
NORTHLAND GROUP            UNSECURED        NOT FILED              .00          .00
P/A                        UNSECURED        NOT FILED              .00          .00
PERSONAL FINANCE           UNSECURED        NOT FILED              .00          .00
PROVENA ST JOSEPH MEDICA   UNSECURED        NOT FILED              .00          .00
SILVER CROSS HOSPITAL      UNSECURED        NOT FILED              .00          .00
STEPPING STONES            UNSECURED        NOT FILED              .00          .00
TRACKERS FIRST MIDWEST B   UNSECURED        NOT FILED              .00          .00
TRANS WORLD SYSTEMS        UNSECURED        NOT FILED              .00          .00
UNIVERSITY OF CHICAGO      UNSECURED        NOT FILED              .00          .00
UNIVERSITY OF ILLINOIS M   UNSECURED        NOT FILED              .00          .00
WEST ASSET MANAGEMENT      UNSECURED        NOT FILED              .00          .00
MENARDS                    UNSECURED        NOT FILED              .00          .00
WILL COUNTY STATES ATTOR   UNSECURED        NOT FILED              .00          .00
DR WPMOUSKI                UNSECURED        NOT FILED              .00          .00
PERSONAL FINANCE           UNSECURED           752.59               .00       218.78
ILLINOIS DEPT REVENUE      UNSECURED           627.62               .00       182.45
US DEPT HUD                SECURED               .00                .00          .00
------------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                                PAID           PAID
------------------------------------------------------------------------------------
      Summary of disbursements:
------------------------------------------------------------------------------------

                    SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   1941.75         .00       3797.74          .00       5739.49
PRINCIPAL PAID       1941.75         .00       1104.03          .00       3045.78
INTEREST PAID            .00         .00           .00          .00            .00
TOTAL PAID           1941.75         .00       1104.03          .00       3045.78
```

The Debtor's attorney, JUNE PRODEHL & RENZI           , was allowed $   3500.00
and was paid $    1000.00   direct and $    2500.00   through the plan.

The Trustee received $     294.22 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 03/11/09                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                        PAGE  3
    CASE NO. 07 B 13533 JERRY L. MCCULLUM & TAWANA R MCCULLUM
```